IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID FURTADO GRAY,                     *
                Petitioner
    v.                                       *     CIVIL ACTION NO. AMD-06-1992

UNITED STATES OF AMERICA,     *
                Respondent
                                          ***

MEMORANDUM

David Furtado Gray ("Gray"), an inmate confined at the United States Penitentiary in Jonesville, Virginia, filed various documents with the court on August 1, 2006.[1] Gray holds himself out as both a creditor and debtor and seemingly raises claims of default and violations of the Uniform Commercial Code against the Office of the United States Attorney for the District of Maryland. He seeks to "settle" a matter in a criminal case.[2]

The nature of the cause of action is indecipherable. Gray's nonsensical and fanciful allegations do not make out a claim under this court's habeas corpus or federal question jurisdiction. Accordingly, by the following order , this case is dismissed.[3]

Date: August 10, 2006                               ___/s/_____
                                                        Andre M. Davis
                                                        United States District Judge

---

[1] The materials include, but are not limited to, an original "charging" document, a bill of exchange, a "hold harmless" agreement, a pre-sentence report, a power of attorney, a "notarial protest," a statement of account, and an affidavit of default. The pre-sentence report shall be placed under seal.

[2] Gray makes reference to the criminal case of *United States v. Gray*, Criminal No. AMD-95-0364 (D. Md.). A jury convicted Gray of murder in aid of racketeering activity in violation of 18 U.S.C. § 1959(a)(1) and use of a firearm in relation to a crime of violence in violation of 18 U.S.C. § 924(c). He was sentenced to life plus five years. The judgment was affirmed by the Fourth Circuit. *See United States v. Gray*, 137 F.3d 765 (4th Cir. 1998). Thereafter, Gray's 28 U.S.C. § 2255 motion to vacate was denied and the Fourth Circuit dismissed the appeal. *See United States v. Gray*, 10 Fed.Appx. 180 (4th Cir. May 29, 2001) (*per curiam*).

[3] Neither the civil filing fee nor an in forma pauperis motion accompanied the document. This omission is of no moment as the case is being dismissed.